[No. 53013-5-I.   Division One.   December 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO RIOS-SANDOVAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00582-3, Laura Gene Middaugh, J., entered August 29, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53028-3-I.   Division One.   December 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JOE BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03280-6, Catherine D. Shaffer, J., entered September 12, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53231-6-I.   Division One.   December 20, 2004.]

*In the Matter of the Marriage of* LYNETTE KATARE, *Respondent*, and BRAJESH KATARE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-05316-9, Mary Roberts, J., entered September 22, 2003. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Becker and Appelwick, JJ. Now published at 125 Wn. App. 813.

[No. 53464-5-I.   Division One.   December 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE JONES, *Defendant*, RORY IAN KOERBER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06949-0, Sharon S. Armstrong, J., entered November 10, 2003. *Affirmed* by unpublished per curiam opinion.